**BASHIAN PAPANTONIOU P.C.**

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/20/2020
```

VIA CM/ECF

July 17, 2020

United States District Judge Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:   *Deleston v. Amsterdam Ale House Incorporated et al.*
             <u>Case No.: 1:19-cv-05050-ALC</u>

Dear District Judge Carter:

      This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. We are pleased to inform Your Honor that the above referenced action has been settled and that the parties are in the process of drafting and exchanging a settlement agreement that is intended to be reviewed by the parties for execution. Respectfully, Plaintiff is requesting a stay of all deadlines and conferences for thirty (30) days so that the parties can finalize the settlement agreement.

      We thank the Court for your time and consideration in this matter.

                                                          Respectfully submitted,

                                                          BASHIAN & PAPANTONIOU, P.C.
                                                          */s/ Erik M. Bashian*
                                                          _____
                                                          Erik M. Bashian, Esq.

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: July 20, 2020